IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL A. LOISEAU and
GREGORY L. JOHNSON,

    Plaintiffs,

v.                               Civil Action No. 3:19CV739

HAROLD CLARKE,

    Defendant.

**MEMORANDUM OPINION**

Michael A. Loiseau and Gregory L. Johnson requested leave to proceed in forma pauperis. By Memorandum Order entered on January 13, 2020, the Court directed Loiseau and Johnson each to pay an initial partial filing fee of $49.14 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1).

Johnson did not respond to the January 13, 2020 Memorandum Order. Loiseau responded to the Court's Memorandum Order, but failed to respond to the Court's direction to pay an initial partial filing fee of $49.14 or state under penalty of perjury that he did not have sufficient assets to pay such a fee. Instead, Loiseau renewed his request to proceed in forma pauperis. Moreover, the record indicates that as of November 6, 2019, Loiseau had $336.42 in his prison account.

Johnson's and Loiseau's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Johnson and Loiseau.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 11, 2020